show cause, heretofore issued on September 25, 1989 [492 U. S. 941], is hereby discharged.

No. D–858.    IN RE DISBARMENT OF LOUDEN.    Disbarment entered.    [For earlier order herein, see 493 U. S. 1066.]

No. D–884.    IN RE DISBARMENT OF SANNA.    Disbarment entered.    [For earlier order herein, see 494 U. S. 1053.]

No. D–886.    IN RE DISBARMENT OF MCCANN.    Disbarment entered.    [For earlier order herein, see 494 U. S. 1064.]

No. D–888.    IN RE DISBARMENT OF RABEN.    Disbarment entered.    [For earlier order herein, see 494 U. S. 1064.]

No. D–906.    IN RE DISBARMENT OF ERICKSON.    It is ordered that Jonathan Erickson, of Corning, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–907.    IN RE DISBARMENT OF RICHMAN.    It is ordered that Irvin F. Richman, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–908.    IN RE DISBARMENT OF NEISTEIN.    It is ordered that Bernard S. Neistein, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–909.    IN RE DISBARMENT OF MARTIN.    It is ordered that Clyde P. Martin, Jr., of New Orleans, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–910.    IN RE DISBARMENT OF HENDRICKSON.    It is ordered that Fredric Fedje Hendrickson, of Sioux Falls, S. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–911.    IN RE DISBARMENT OF BADALIAN.    It is ordered that John M. Badalian, of Shaker Heights, Ohio, be suspended from the practice of law in this Court and that a rule issue, return-